JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONG PARK, an individual, | Case No. 2:19-cv-00225-PA (SSx) |
| Plaintiff, | Hon. Percy Anderson |
| v. | **ORDER GRANTING STIPULATION FOR DISMISSAL** |
| AMERICAN FAMILY HOME INSURANCE COMPANY, d/b/a AFH INSURANCE COMPANY, a corporation, | |
| Defendants. | |

Barnes &
Thornburg LLP
Attorneys At Law
Los Angeles

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL

The Court, having read and considered the Stipulation For Dismissal that the Parties have submitted to dismiss this action pursuant to the terms of a confidential settlement agreement, and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to FRCP 41(a)(1), with each party bearing its own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: August 7, 2019

_____
The Honorable Percy Anderson
United States District Judge